UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| EX REL. NICHOLAS PICCIRILLO, | * | |
| | * | |
| Relator, | * | |
| | * | |
| v. | * | Civil Action No. 12-12130-IT |
| | * | |
| ABT ASSOCIATES, INC. and RTI | * | |
| INTERNATIONAL, | * | |
| | * | |
| Defendants. | * | |

ORDER REGARDING PLAINTIFF-RELATOR'S
MOTION TO STAY PROCEEDINGS

March 13, 2015

TALWANI, D.J.

After a Status Conference held on March 10, 2015, the court hereby orders as follows:

1. Defendant ABT Associates Inc. shall have two weeks from the date of service or waiver of service to respond to Plaintiff-Relator's Motion to Stay Proceedings on Counts One – Four of the Complaint Against Defendant ABT Associates Inc. [#30].

2. If Defendant ABT Associates Inc. assents to the proposed stay, then within three weeks of the date of service or waiver of service Plaintiff-Relator and Defendant ABT Associates Inc. shall file a joint proposed schedule for proceeding on Plaintiff-Relator's remaining claims. The proposed schedule shall include a proposed deadline for Defendant ABT Associates Inc. to respond to the portions of the Complaint that are not subject to the proposed stay.

3. The time period for ABT Associates Inc. to respond to the Complaint shall be stayed

pending the court's issuance of an order resolving Plaintiff-Relator's <u>Motion to Stay Proceedings on Counts One – Four of the Complaint Against Defendant ABT Associates Inc.</u> [#30].

IT IS SO ORDERED.

March 13, 2015 /s/ Indira Talwani
United States District Judge