UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| EX REL. NICHOLAS PICCIRILLO, | * | |
| | * | |
| Relator, | * | |
| | * | |
| v. | * | Civil Action No. 12-12130-IT |
| | * | |
| ABT ASSOCIATES, INC. and RTI | * | |
| INTERNATIONAL, | * | |
| | * | |
| Defendants. | * | |

ORDER REGARDING PROPOSED DISMISSAL OF CLAIMS
AGAINST DEFENDANT RTI INTERNATIONAL

March 13, 2015

TALWANI, D.J.

On September 29, 2014, the United States filed a Notice of Election to Decline to Intervene [#22]. On March 6, 2015, Plaintiff-Relator Nicholas Piccirillo filed a Motion for Voluntary Dismissal of Defendant RTI International (Assented To) [#29]. Under 31 U.S.C. § 3730(b), the court may dismiss Plaintiff-Relator's claims for violation of the False Claims Act ("FCA"), 31 U.S.C. §§ 3729, *et seq.*, "only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." On March 12, 2015, the United States filed a Notice of Consent to Relator's Voluntary Dismissal of Defendant RTI International [#33], which notified the court of the United States's consent to dismissal but did not state in writing the reasons for consenting.

Accordingly, the court hereby orders the United States to file a statement notifying the court of the United States's reasons for consenting to the dismissal of Plaintiff-Relator's claims

against Defendant RTI International.

IT IS SO ORDERED.

March 13, 2015 /s/ Indira Talwani
United States District Judge